RECEIVED
IN LAKE CHARLES, LA.

FEB 18 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BRYAN KEITH WILLIAMS | : | DOCKET NO. 2:08-cv-355 |
| VS. | : | JUDGE MINALDI |
| BEAUREGARD PARISH, ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that plaintiff's civil rights claims against Beauregard Parish, its Sheriff, M. Bolivar Bishop, BPJ Warden Galbreath, and Barbara Huntington be **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915(e)(2)(B).

**IT IS ALSO ORDERED** that plaintiff's civil rights claims against the unnamed Chief of Detectives of the Beauregard Parish Sheriff's Office, an unnamed "shift supervisor" of the BPSO, Warden Robert Henderson, Assistant Warden Roy Williams, and former Secretary of the Louisiana Department of Corrections, Richard Stalder be dismissed as per plaintiff's request contained in his amended complaint filed July 31, 2009.

**IT IS FURTHER ORDERED** that plaintiff's civil rights claims against Master Sergeant William Perry and Lt. Jessie Bellamy. remain pending at this time.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ____ day of __February__, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE