RECEIVED
IN LAKE CHARLES, LA.

DEC 04 2015

TONY R. MOORE, CLERK
BY_____
           DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| BRIAN KEITH WILLIAMS<br>LA DOC #5153888 | CIVIL ACTION NO. 2:08CV0355 |
| VS. | JUDGE MINALDI |
| BEAUREGARD PARISH, ET AL. | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 139) of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the defendant's Motion for Summary Judgment **IS GRANTED** and the plaintiff's action is **DISMISSED**.

Lake Charles, Louisiana, on this ___2___ day of ___Dec_____, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE